UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-357 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| WILLIAM MOORE, | |
| Defendant(s). | |

Presently before the court is the parties' stipulation to continue motion deadlines and trial dates. (ECF No. 32). The parties request that the deadline to file any pretrial motions and notices of defense be extended from January 8, 2018, to and including February 7, 2018. (*Id.*). The parties also request the deadline to file any responsive pleadings be extended from January 22, 2018, to and including February 21, 2018. (*Id.*). Lastly, the parties request the deadline to file any replies to dispositive motions be extended from January 29, 2018, to and including February 28, 2018. (*Id.*).

The instant stipulation to continue is the parties' *seventh* request to do so. Further, the two prior requests (ECF Nos. 28 & 30) contain identical language to the instant stipulation. The instant stipulation does not demonstrate good cause for vacating the current date set for trial. The deadlines established by the sixth request to continue motion deadlines and trial dates will stand. (ECF No. 30).

. . .

. . .

. . .

James C. Mahan
U.S. District Judge

1  Accordingly,

2      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' stipulation

3  to continue motion deadlines and trial dates (ECF No. 32), be, and the same hereby is, DENIED.

4      DATED January 10, 2018.

5  _____
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**